IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ROBERT F. POOLE,

       Petitioner,

v.

STATE OF FLORIDA,

       Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-3747

Opinion filed June 5, 2017.

Petition for Writ of Mandamus -- Original Jurisdiction

Robert F. Poole, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

       The petition for writ of mandamus is dismissed.

WETHERELL, RAY, and MAKAR, JJ., CONCUR.